1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10             **(HONORABLE  JEFFREY T. MILLER)**

11

12  UNITED STATES OF AMERICA,              )        **Criminal No. 07CR0134-JM**
                                           )
13              Plaintiff,                 )
                                           )
14  v.                                     )        **ORDER TO CONTINUE**
                                           )        **SENTENCING HEARING DATE**
15  BERNARDO MARTINEZ-LOPEZ,               )
                                           )
16              Defendant.                 )
                                           )

17

18             GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the date

19  now set for a sentencing hearing on June 6, 2008, at 9:00 a.m. be re-calendared for *August 22, 2008,*

20  *at 9:00 a.m.*

21             **SO ORDERED.**

22  DATED:   June 5, 2008

23                                         _____
                                           Hon. Jeffrey T. Miller
24                                         United States District Judge

25

26

27

28